**L. C. Miller, Charles A. Thomas, Francis E. Hickey, and William E. Collins, Copartners, d/b/a Miller, Thomas, Hickey & Collins, Plaintiffs-Appellees, v. Stephen A. Paoli, Defendant-Appellant.**

**Gen. No. 11,609.**

Second District, First Division.

March 8, 1963.

Manus & Manus, of Freeport (Albert H. Manus, Jr., of counsel), for appellant; Miller, Thomas, Hickey & Collins, of Rockford (Edwin T. Powers, Jr., of counsel), for appellees. Opinion by JUDGE SMITH. **Not to be published in full.**